United States Bankruptcy Court
District of New Hampshire

In re:  Case No. 21-10429-BAH
J. Hunter Properties, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1      User: admin      Page 1 of 2
Date Rcvd: Jul 30, 2021      Form ID: pdf615      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | J. Hunter Properties, LLC, 67 Esker Road, Hampton, NH 03842-2348 |
| cr | + | RFLF1, LLC, 222 West Adams Street, Ste. 3150, Chicago, IL 60606-5259 |
| cr | + | RJS Consulting, LLC, P.O Box 233, Atkinson, NH 03811-0233 |
| intp | + | Renovo Financial, 222 West Adams Street, Ste. 3150, Chicago, IL 60606-5259 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

**Name**      **Email Address**

Christopher T. Hilson
    on behalf of Creditor RJS Consulting  LLC chilson@dtclawyers.com

Deborah A. Notinger
    on behalf of Interested Party Renovo Financial notingerd@cwbpa.com
    christensenj@cwbpa.com;marchands@cwbpa.com;dials@cwbpa.com

Deborah A. Notinger
    on behalf of Creditor RFLF1  LLC notingerd@cwbpa.com, christensenj@cwbpa.com;marchands@cwbpa.com;dials@cwbpa.com

Eleanor Wm Dahar
    on behalf of Debtor J. Hunter Properties  LLC edahar@att.net

Kimberly Bacher

District/off: 0102-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 30, 2021 | Form ID: pdf615 | Total Noticed: 4

on behalf of U.S. Trustee Office of the U.S. Trustee kimberly.bacher@usdoj.gov

Office of the U.S. Trustee

USTPRegion01.MR.ECF@usdoj.gov

Timothy Britain

on behalf of Creditor RFLF1 LLC britaint@cwbpa.com, marchands@cwbpa.com

Timothy Britain

on behalf of Interested Party Renovo Financial britaint@cwbpa.com marchands@cwbpa.com

William J. Amann

on behalf of Creditor Investor Capital LLC wamann@ba-lawgroup.com, cshaw@ba-lawgroup.com;jburnett@ba-lawgroup.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:   J. Hunter Properties, LLC | Bk. #21-10429-BAH |
| Debtor | Chapter 11 |

**ORDER ON EX PARTE MOTION TO ALLOW DEBTOR**
**AN EXTENSION TO FILE SCHEDULES**

1. The Debtor's Ex Parte Motion to Allow Debtor an Extension to file schedules is granted.

2. The Debtor shall file its remaining schedules no later than August 12, 2021.

Dated: July 30, 2021

/s/ Bruce A. Harwood
Bruce A. Harwood, Chief Bankruptcy Judge