UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re:     J. Hunter Properties, LLC | ) ) ) ) ) | Bk. #21-10429-BAH<br>Chapter 11 |
| Debtor | | |

**ORDER ON EX PARTE MOTION TO ALLOW DEBTOR**
**AN EXTENSION TO FILE SCHEDULES**

1. The Debtor's Ex Parte Motion to Allow Debtor an Extension to file schedules is granted.

2. The Debtor shall file its remaining schedules no later than 12:00 noon on August 16, 2021.

Dated: August 12, 2021                     /s/ Bruce A. Harwood
                                                                     Bruce A. Harwood, Chief Bankruptcy Judge